**FILED**

**MAR 2 1 2023**

~~TORY   PERS~ ⌐. CLERK~
~~..S  District Court~
~~Southern District of West Virginia~

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of West Virginia



~~SEALED~~

| | |
|---|---|
| United States of America<br>v.<br><br>Tres Avery Davis | )<br>)<br>)<br>)<br>)<br>) |

Case No.   2:23-mj-00062

_____
*Defendant*

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Tres Avery Davis_____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

   Possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1)

Date: March 16, 2023_____

_____
*Issuing officer's signature*

City and state:     Charleston, West Virginia_____

Dwane L. Tinsley, United States Magistrate Judge
_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  3/16/23_____ , and the person was arrested on *(date)*  3/16/23_____<br>at *(city and state)*   St. Albans, WV_____ .<br><br>Date:  3/20/23_____<br><br>_____<br>*Arresting officer's signature*<br><br>Det. N. Waller<br>_____<br>*Printed name and title* |